UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. JOSEPH BAKER**  Docket No. 7:13-CR-117-3D

**Petition for Action on Supervised Release**

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Baker, who upon an earlier plea of guilty to Using, Carrying, and Brandishing a Firearm During and in Relation to a Drug Trafficking Crime and Aiding and Abetting in violation of 18 U.S.C. § 924(c), 18 U.S.C. § 924(c)(1)(A)(ii) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on August 6, 2014, to the custody of the Bureau of Prisons for a term of 58 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Joseph Baker is currently incarcerated at Allenwood USP in Allenwood, Pennsylvania. His projected release date is November 1, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Baker is attempting to establish a supervised release residence plan in the District of Arizona. His plan has been denied by probation authorities in Arizona due to Baker having no condition prohibiting him from using alcoholic beverages. The probation office is requesting Baker's conditions of supervised release be modified to include such a prohibition in order that Baker be accepted for supervision in his desired location.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Erik J. Graf<br>Erik J. Graf<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2031<br>Executed On: January 10, 2017 |

JOSEPH BAKER
Docket No. 7:13-CR-117-3D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __23__ day of __January__, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge